UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-62377-RS

**MARC WEINBERGER and**
**KAREN WEINBERGER,** individually and
on behalf of those similarly situated,

    **Plaintiffs,**

vs.

**NEWREZ LLC d/b/a SHELLPOINT**
**MORTGAGE SERVICES**,

    **Defendant.**
_____/

**PLAINTIFFS' RESPONSE IN OPPOSITION**
**TO DEFENDANT SHELLPOINT MORTGAGE SERVICES'S MOTION TO DISMISS**

    Plaintiffs MARC WEINBERGER and KAREN WEINBERGER (collectively the "Weinbergers"), through their undersigned counsel, for the reasons stated herein, respectfully request that Defendant NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICES's ("SHELLPOINT") Motion to Dismiss be denied as moot, and further states:

    1.    On November 12, 2021, Plaintiffs filed their Putative Class Action Complaint against SHELLPOINT.  (ECF No. 1).

    2.    On January 11, 2022, SHELLPOINT filed its Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 15).

    3.    As a result of the Motion, Plaintiff has determined an amendment to the Complaint to be necessary and is seeking leave with this Honorable Court to file an Amended Complaint to address some of the issues raised in the Motion. Specifically, Plaintiffs, through the amended complaint, have provided additional specificity to the factual allegations and have withdrawn their

claim under the Florida Deceptive Unfair Trade Practices Act. Accordingly, SHELLPOINT's instant Motion should be denied as moot.

Dated: February 8, 2022.

        By: *Scott D. Hirsch*
Scott David Hirsch
**SCOTT HIRSCH LAW GROUP**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-7062
Email: scott@scotthirschlawgroup.com

**THE ADVOCACY GROUP**
Jessica L. Kerr
Fla. Bar. No. 92810
100 S. Biscayne Blvd, Suite 300
Miami, FL 33131
Telephone: (954) 282-1858
Facsimile: (954) 282-8277
Email: *jkerr@advocacypa.com*

**Gustafson Gluek PLLC**
Daniel E. Gustafson, Esq. *
David A. Goodwin, Esq. *
Mary M. Nikolai, Esq. *
Canadian Pacific Plaza
120 South 6th Street, Ste. 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
mnikolai@gustafsongluek.com
* Pro Hac Vice Forthcoming

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 8, 2022 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.

*Scott D. Hirsch*
Scott D. Hirsch
