UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-62337-CIV-SMITH

MARC WEINBERGER, *et al*,

    Plaintiff,

v.

NEWREZ LLC,

    Defendants.
_____/

## ORDER SETTING CIVIL TRIAL DATE, PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE

**THIS CAUSE** is set for **trial** during the Court's two-week trial calendar beginning on **May 8, 2023**. If the case cannot be tried during the aforementioned two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on May 2, 2023**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the pleadings by **[02/28/22]**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by **[03/23/22]**

3. Motion for Class Certification with any expert reports in support Thereof shall be filed by **[06/28/22]**

4. Response to Motion for Class Certification with any rebuttal expert reports in support thereof shall be filed by **[07/26/22]**

5. Reply in Support of Motion for Class Certification with any expert reports shall be filed by **[08/09/22]**

6. The parties shall disclose initial experts, expert witness summaries, and reports, other than those associated with Plaintiff's Motion for Class Certification required by Fed. R. Civ. P. 26(a)(2) by **[08/12/22]**

7. The parties shall disclose rebuttal experts, expert witness

|     |     |     |
| --- | --- | --- |
|     | summaries and reports, other than those associated with Plaintiff's Motion for Class Certification required by Fed. R. Civ. P. 26(a)(2) by | **[09/02/22]** |
| 8.  | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **[09/30/22]** |
| 9.  | Fact discovery shall be completed by | **[09/30/22]** |
| 10. | Expert discovery shall be completed by | **[10/28/22]** |
| 11. | Dispositive motions, including summary judgment and *Daubert*, shall be filed by: | **[11/30/22]** |
| 12. | Mediation shall be completed by: | **[12/30/22]** |
| 13. | Deposition designations and counter designations shall be filed by | **[02/28/23]** |

The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and to meet and confer may result in objections being stricken or other appropriate sanctions.

|     |     |     |
| --- | --- | --- |
| 14. | All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by | **[03/03/23]** |

Prior to filing any motions in limine, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions in limine, they shall be filed as a single omnibus motion. All motions in limine and the responses shall be limited to one page per issue. No replies shall be permitted.

|     |     |     |
| --- | --- | --- |
| 15. | Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **[04/08/23]** |

When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

## **REFERRAL TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL NON-DISPOSITIVE PRETRIAL MOTIONS,** including all discovery and all motions for attorney's fees, costs, and sanctions, are **REFERRED** to Magistrate Judge Valle for appropriate resolution.

DONE AND ORDERED in Fort Lauderdale, Florida, this 11th day of February 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsels of record