UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-62337-RS

MARC WEINBERGER and
KAREN WEINBERGER, individually and
on behalf of those similarly situated,

 Plaintiffs,
vs.

NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICES,

 Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)1(A)i**

COMES NOW, the Plaintiffs, MARC WEINBERGER and KAREN WEINBERGER, by and through undersigned counsel, file this Notice of Voluntary Dismissal without Prejudice. Federal Rules of Civil Procedure 41(A)1(a)i provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. The Defendant has not served an answer or motion for summary judgment in this matter.

Dated: March 8, 2022

Respectfully submitted,

| | |
|---|---|
| **SCOTT HIRSCH LAW GROUP**<br>6810 N. State Road 7<br>Coconut Creek, FL 33073<br>Tel: (561) 569-7062<br>Email: scott@scotthirschlawgroup.com<br><br><br>*/s/ Scott Hirsch*_____ _<br>Scott Hirsch, Esq.<br>Bar No. 50833 | **THE ADVOCACY GROUP**<br>100 S. Biscayne Blvd, Suite 300<br>Miami, FL 33131<br>Telephone: (954) 282-1858<br>Facsimile: (954) 282-8277<br>Email: *jkerr@advocacypa.com*<br><br>*/s/ Jessica L. Kerr*_____ _<br>Jessica L. Kerr, Esq.<br>Bar No. 92810 |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 8, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

    */s/ Jessica L. Kerr*_____<br>Jessica L. Kerr, Esq.<br>Florida Bar No. 92810