UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62337-CIV-SMITH

MARC WEINBERGER, *et al.*,

    Plaintiffs,

v.

NEWREZ, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice [DE 26]. Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED without prejudice**.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of March 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record